**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SOUTHLAND ATHLETIC ASSOCIATION, INC., | ) ) ) | |
| Plaintiffs. | ) ) | Civil Action No. 05C 0222 |
| v. | ) ) | Judge Elaine E. Bucklo |
| ILLINOIS YOUTH SOCCER ASSOCIATION, INC., SOCCER ENTERPRISES INC., NORTHERN INDEPENDENT SOCCER LEAGUES, INC. D/B/A NORTHERN ILLINOIS SOCCER LEAGUE, PETER G. RICHARDSON, FLO DYSON, ILLINOIS WOMEN'S SOCCER LEAGUE, ROBERT BERKLEY, YOUNG SPORTSMEN'S SOCCER LEAGUE, and GUS BENDER, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**FILED**

JUN - 3 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE**
**OF ITS COMPLAINT AGAINST THE DEFENDANTS**

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff, Southland Athletic Association Inc.,

respectfully files this Notice of Dismissal With Prejudice of its Complaint against the

Defendants. None of the defendants has answered the Complaint or filed a motion for summary

judgment. The parties have settled their dispute in a Settlement Agreement dated May 31, 2005.

Thus, Fed.R.Civ.P. 41(a)(1) permits voluntary dismissal with prejudice and without prior order

of the Court.

Respectfully submitted,

Dated: June 3, 2005

Gregory J. Vogler
Alejandro Menchaca
McAndrews, Held & Malloy, Ltd.
500 West Madison Street
34th Floor
Chicago, Illinois 60661
(312) 775-8000

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **PLAINTIFF SOUTHLAND ATHLETIC ASSOCIATION INC.'S NOTICE OF DISMISSAL WITH PREJUDICE ITS COMPLAINT AGAINST THE DEFENDANTS** was served by placing true and correct copies thereof:

**Via First Class U.S. Mail Delivery**

John J. Scharkey, III
Stellato & Schwartz, Ltd.
120 North LaSalle Street
34th Floor
Chicago, Illinois 60602

*Attorneys for Defendants*

ILLINOIS YOUTH SOCCER ASSOCIATION,
INC., SOCCER ENTERPRISES INC.,
NORTHERN INDEPENDENT SOCCER
LEAGUES, INC. D/B/A NORTHERN ILLINOIS
SOCCER LEAGUE, PETER G. RICHARDSON,
FLO DYSON, ILLINOIS WOMEN'S SOCCER
LEAGUE, ROBERT BERKLEY, YOUNG
SPORTSMEN'S SOCCER LEAGUE, and GUS
BENDER

**Via First Class U.S. Mail Delivery**

Jerome W. Pinderski, Jr.
PINDERSKI & PINDERSKI, LTD.
115 West Colfax Street
Palatine, Illinois 60067-5086

*Attorneys for Defendant*
SOCCER ENTERPRISES INC.

this 3rd day of June, 2005.

2